**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | **CASE NO:** |
| | : | **7:23-cr-14–WLS** |
| **ERVIN TAVERIAS ROBINSON,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

On December 19, 2025, Defendant Ervin Taverias Robinson, filed a Motion to Reduce Sentence (Doc. 51). On December 22, 2025, the Clerk of this Court issued a Notice of Deficiency with respect thereto advising Defendant that

> Every pleading, written motion and other papers must be signed by a party personally if the party is unrepresented. You must re-file your signed document within 14 days from the date of this notice. Failure to comply with this notice may result in dismissal of your case by the Court. *See* F. R. Crim. P. 49(b)(4).

(*See* Docket Entry dated December 22, 2025). Federal Rule of Criminal Procedure 49(b)(4) provides:

> Every written motion and other paper must be signed by at least one attorney of record in the attorney's name—or by a person filing a paper if the person is not represented by an attorney. The paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading need not be verified or accompanied by an affidavit. *The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or person's attention.*

Fed. R. Crim. P. 49(b)(4) (emphasis added). Defendant was given fourteen days within which to resubmit his Motion to Reduce Sentence with his signature as required by Rule 49(b)(4). To date, a review of the Court Record reflects that he has not done so.

Accordingly, it is hereby **ORDERED** that **on or before Monday, April 13, 2026**, Defendant shall refile his Motion to Reduce Sentence signed in compliance with Criminal Rule 49(b)(4), or by such date shall show cause why the Motion to Reduce Sentence should not be dismissed for failure to prosecute. Defendant is hereby noticed that failure to respond to or

1

comply with this Order will subject his Motion to Reduce Sentence to dismissal, without prejudice, without further notice or proceeding.

   **SO ORDERED**, this 30th day of March 2026.

                              /s/W. Louis Sands
                              **W. LOUIS SANDS, SR. JUDGE**
                              **UNITED STATES DISTRICT COURT**