**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **7:23-cr-14–WLS-ALS** |
| **ERVIN TAVERIAS ROBINSON,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## <u>ORDER</u>

Before the Court is the Defendant's Motion for Sentence Reduction 3583(c)(2) (Doc. 54) ("Motion") filed April 20, 2026.[1] Therein, Defendant moves for a reduction of his sentence under 18 U.S.C. § 3582(c)(2).

The Government is hereby **ORDERED** to file a response to the Motion on or before **Tuesday, May 12, 2026**.

**SO ORDERED**, this 22nd day of April 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Defendant's Motion was initially filed on December 19, 2025. However, he failed to sign the Motion and was ordered to file a signed copy of the Motion.

1